UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS | ) |
|        Plaintiff, | ) ) ) ) Case No. 3:25-cv-30158-KAR |
| v. | ) ) |
| BENCHLING, INC. | ) ) |
|        Defendant. | ) ) ) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF SHAWN D. FABIAN AND KATHERINE H. OBLAK**

NOW COMES the defendant, Benchling, Inc., ("Defendant"), by and through its attorney Conrad J. Bletzer, Jr., a member in good standing of the Bar of this Honorable Court, and respectfully moves that attorneys Shawn D. Fabian and Katherine H. Oblak, of Sheppard Mullin Richter & Hampton, LLP, 321 N. Clark Street, 32 Floor, Chicago, IL 60654, be admitted to appear in practice *pro hac vice* in the above-captioned matter as counsel for the Defendant. This motion is filed pursuant to Local Rule 83.5.3. In support of this Motion, Defendant avers the following:

1. Shawn D. Fabian is an attorney of Sheppard, Mullin, Richter & Hampton, LLP, 321 N. Clark Street, 32 Floor, Chicago, IL 60654, (312) 499-6300.

2. Katherine H. Oblak is an attorney of Sheppard, Mullin, Richter & Hampton, LLP, 321 N. Clark Street, 32 Floor, Chicago, IL 60654, (312) 499-6300.

3. Attorney Fabian is a member in good standing of the bars of the State of Illinois, the State of Wisconsin, the State of New York, the State of Kentucky, and the State of Tennessee which are every jurisdiction in which he has been admitted to

practice; is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar; has read, is familiar with, and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts; and has not previously had a *pro hac vice* admission revoked for misconduct.

4. Attorney Oblak is a member in good standing of the bar of the State of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Eastern District of Michigan, the United States District Court for the Central District of Illinois, and the United States District Court for the Southern District of Illinois which are every jurisdiction in which she has been admitted to practice; is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar; has read, is familiar with, and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts; and has not previously had a *pro hac vice* admission revoked for misconduct.

5. Attorneys Fabian and Oblak have full knowledge and understanding of the matter which is the subject of this cause of action and have long-standing professional relationship with the Defendant as counsel and are capable of representing the Defendant with respect to this matter.

6. Attached hereto and incorporated by reference herein are affidavits executed by both Attorney Fabian and Attorney Oblak.

WHEREFORE, Defendant respectfully requests that this Honorable Court allow its motion and permit Shawn D. Fabian and Katherine H. Oblak to be admitted *pro hac vice* for the purpose of representing Benchling, Inc. in this matter.

|  |  |
|---|---|
| Defendant, | Respectfully submitted on behalf of<br><br>Benchling, Inc.<br>By its Attorney,<br><br>*/s/ Conrad J. Bletzer, Jr.*<br>_____<br>Conrad J. Bletzer, Jr. (BBO #045760)<br>Bletzer & Bletzer, P.C.<br>300 Market Street<br>Brighton, MA 02135<br>Phone: (617) 254-8900<br>Fax: (617) 254-5522 |
| Dated: | Conrad@bletzerlaw.com |

## **CERTIFICATE OF SERVICE**

    I, Conrad J. Bletzer, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 15, 2025.

/s/ Conrad J. Bletzer, Jr.