UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30158-MGM

|  |  |
|---|---|
| JULIAN ROSS, | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| BENCHLING, INC. | ) |
| *Defendant* | ) |
| | ) |

**NOTICE REGARDING DEFENDANT'S PRO HAC VICE MOTIONS**

1.     Plaintiff Julian Ross respectfully submits this Notice to inform the Court that, following Plaintiff's communications with defense counsel pursuant to Local Rule 7.1(a)(2), Defendant's counsel has confirmed their intent to refile the Motions for Leave to Appear Pro Hac Vice for Attorneys Shawn D. Fabian and Katherine H. Oblak in both the above-captioned matter and the related action, 3:25-cv-30176-MGM, with the required Rule 7.1(a)(2) certification included.

2.     Plaintiff has confirmed receipt of this conferral under Local Rule 7.1(a)(2) and has no objection to the admission of Attorneys Fabian and Oblak, provided that the refilings comply fully with all applicable local and procedural requirements.

3.     This Notice is submitted to keep the Court apprised of the good-faith conferral and the anticipated corrective filings.

Dated: October 22, 2025

                Respectfully Submitted,

                PLAINTIFF, PRO SE

                /s/ Julian Ross

                Julian Ross
                105 East Street
                Apt. B
                Hadley, MA 01035
                (413) 531-9810
                jross21@gmail.com
                Plaintiff, Pro Se