UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  3:25-cv-30158-KAR |
| v. | ) |
| | ) |
| BENCHLING, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>AFFIDAVIT OF KATHERINE H. OBLAK IN SUPPORT OF MOTION FOR <em>PRO HAC VICE</em> ADMISSION OF SHAWN D. FABIAN AND KATHERINE H. OBLAK</u>**

I, Katherine H. Oblak, under oath, make this Affidavit and Application to be admitted as attorney *pro hac vice*, on behalf of Benchling, Inc., based on the following facts and hereby state and affirm as follows:

1. I am an attorney with the firm of Sheppard, Mullin, Richter & Hampton, LLP, 321 N. Clark Street, 32 Floor, Chicago, IL 60654, (312) 499-6300.

2. I am making this Affidavit in support of an application to be admitted *pro hac vice* as co-counsel for Benchling, Inc. in the above-captioned matter.

3. I am admitted to practice in the bars of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Indiana, the United States District Court for the Eastern District of Michigan, the United States District Court for the Central District of Illinois, and the United States District Court for the Southern District of Illinois.

4. I am a member in good standing of all of the bars to which I am admitted.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission revoked for misconduct.

7. I have read, am familiar with, and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

8. I have full knowledge and understanding of the matter which is the subject of this cause of action as well as a long-standing professional relationship with Benchling, Inc. and am capable of representing the Defendant with respect to this matter.

8. I have full knowledge and understanding of the matter which is the subject of this cause of action as well as a long-standing professional relationship with Benchling, Inc. and am capable of representing the Defendant with respect to this matter.

Signed under the pains and penalties of perjury this 14 day of October, 2025.

_____
Katherine H. Oblak