UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30158-MGM

JULIAN ROSS,
        *Plaintiff*
v.

BENCHLING, INC.
        *Defendant*

**PLAINTIFF'S MOTION TO STAY FEDERAL PROCEEDINGS PENDING RESOLUTION OF PARALLEL STATE-COURT ACTION AND RELATED REMAND MOTION**

### Introduction

1.  Plaintiff Julian Ross respectfully moves this Court to stay all proceedings in this action pending resolution of: (1) his related Massachusetts Superior Court case, *Ross v. Benchling, Inc.*, No. 2580CV00126 (removed to 3:25-cv-30176-MGM); and (2) Plaintiff's Motion to Remand in that related federal matter. A stay will promote judicial economy, avoid duplicative litigation, and prevent inconsistent rulings on overlapping factual and legal issues.

### Background

2.  Plaintiff filed this federal complaint on September 9, 2025, asserting claims under the ADA, FMLA, Federal Wiretap Act, and Stored Communications Act. In his pleading, Plaintiff expressly indicated his intention to seek a stay of this action pending the outcome of his related state-court case.

3.  The Hampshire County Superior Court action (*Ross v. Benchling, Inc.*, No. 2580CV00126, filed September 2, 2025; removed to 3:25-cv-30176-MGM) asserts parallel

Massachusetts civil-rights and privacy claims arising from the same employment relationship and alleged misconduct. Plaintiff filed a Motion to Remand to State Court on October 22, 2025.

4. Allowing both actions to proceed simultaneously would duplicate discovery, increase expense, and risk inconsistent determinations on overlapping facts.

## Argument

5. Federal courts possess inherent authority to stay proceedings "to control the disposition of the causes on their dockets with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).

6. Under the abstention principles articulated in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), and refined in *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1 (1983), a stay is appropriate where parallel state proceedings will resolve substantially identical issues. Here, the Massachusetts action involves the same parties and factual nucleus as this federal case.

7. A brief stay will conserve judicial resources and maintain consistency while the Massachusetts court adjudicates overlapping claims. Defendant will suffer no prejudice, whereas simultaneous litigation would impose unnecessary cost and complexity.

## Conclusion

8. For the foregoing reasons, Plaintiff respectfully requests that this Court:

   a. Stay all proceedings in this case pending final judgment or other resolution of Ross v. Benchling, Inc., No. 2580CV00126 (Mass. Superior Court), and/or Plaintiff's Motion to Remand in *Ross v. Benchling, Inc.*, No. 3:25-cv-30176-MGM; and

   b. Grant such other and further relief as the Court deems just and proper.

**Exhibits Attached:**

A. Plaintiff's Motion to Remand (ECF No. 16 in 3:25-cv-30176-MGM)

B. Defendant's Motion to Compel Arbitration and Partial Dismissal (ECF No. 10)

C. Superior Court Action Complaint (Case No.: 2580CV00126)

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that he conferred, or made reasonable and good-faith efforts to confer, with counsel for Defendant Benchling, Inc. via email and telephone on October 23, 2025, in an effort to resolve or narrow the issues presented by this motion. As of the time of filing, Defendant has not stated its position or provided any substantive response to those conferral efforts.

Dated: October 26, 2025

                                            Respectfully Submitted,

                                            PLAINTIFF, PRO SE

                                            /s/ Julian Ross

                                            Julian Ross
                                            105 East Street
                                            Apt. B
                                            Hadley, MA 01035
                                            413-531-9810
                                            jross21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF system, which will send notice electronically to all counsel of record.

                                        PLAINTIFF, PRO SE

                                        */s/* Julian Ross

                                        Julian Ross
                                        105 East Street
                                        Apt. B
                                        Hadley, MA 01035
                                        (413) 531-9810
                                        jross21@gmail.com
                                        Pro Se Plaintiff