

**Sorry, the file you have requested has been deleted.**

Make sure that you have the correct URL and the owner of the file hasn't deleted it.

**Get stuff done with Google Drive**

Apps in Google Drive make it easy to create, store
and share online documents, spreadsheets,
presentations and more.

Learn more at drive.google.com/start/apps.