Julian <jross21@gmail.com>

**Benchling Offer Illustrator - Julian Ross - Invitation to edit**
1 message

**Christian Haas-Kwon (via Google Sheets)** <drive-shares-dm-noreply@google.com>        Mon, May 10, 2021 at 4:08 PM
Reply-To: Christian Haas-Kwon <christian@benchling.com>
To: jross21@gmail.com

 christian@benchling.com has invited you to **edit** the following spreadsheet:

Benchling Offer Illustrator - Julian Ross

Open in Sheets

Google Sheets: Create and edit spreadsheets online.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because christian@benchling.com shared a spreadsheet with you from Google Sheets.

