UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30158-MGM

|  |  |
|---|---|
| JULIAN ROSS, <br>     *Plaintiff* <br> v. <br> BENCHLING, INC. <br>     *Defendant* | ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER REGARDING PRESERVATION AND FORENSIC ASSURANCES**

1. Upon consideration of Plaintiff's Motion for Preservation and Forensic Assurances Regarding the "Benchling Offer Illustrator" File Marked "Deleted," and good cause appearing therefor, it is hereby ORDERED that:

2. Defendant Benchling, Inc. shall preserve in place all electronically stored information ("ESI") associated with the Google Sheets file titled "Benchling Offer Illustrator," including but not limited to:

   a. All file-level and system-level metadata;

   b. Document revision history and version records;

   c. Audit-log data reflecting creation, access, sharing, modification, and deletion activity;

   d. Trash and restoration logs; and

   e. Any archived, backed-up, or replicated copies within Benchling's Google Workspace or any connected storage or backup environment.

3. Within 14 days of this Order, Benchling shall produce a sworn declaration executed by an

    authorized corporate representative that:

        a. Identifies the exact date and time on which Benchling's litigation hold relating to Plaintiff's claims was implemented;

        b. Describes the custodians, systems, and data sources (including Google Workspace, Slack, Salesloft, Salesforce, or other repositories) covered by that hold at the time of implementation;

        c. States whether the "Benchling Offer Illustrator" file was deleted, modified, or altered after November 22, 2022, and if so, identifies the date, time, and user account responsible; and

        d. Confirms whether Benchling retains or can recover the document and its associated metadata.

4. If Benchling cannot restore or locate the file or its associated metadata, it shall, within 21 days, submit a written certification describing:

        a. The specific forensic and administrative steps taken to locate or recover the document and its audit trail;

        b. The reasons recovery is not possible; and

        c. The measures Benchling has implemented to prevent further data loss or alteration of relevant evidence.

5. Plaintiff's right to seek further relief under Fed. R. Civ. P. 37(e), including evidentiary sanctions or adverse inferences, remains expressly reserved, pending the Court's review of Benchling's compliance and the evidentiary record regarding the file's deletion and recoverability.

6. Benchling's duty to preserve all documents and ESI reasonably related to Plaintiff's

employment, termination, and the claims and defenses in this action remains ongoing and shall extend through final judgment and appeal unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: _____, 2025

_____

**Hon. Mark G. Mastroianni**

United States District Judge

District of Massachusetts

Dated: November 3, 2025

            Prepared by:

            PLAINTIFF, PRO SE

            _/s/ Julian Ross_____

            Julian Ross
            105 East Street
            Apt. B
            Hadley, MA 01035
            413-531-9810
            jross21@gmail.com