# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:25-cv-30158-MGM

| | |
|---|---|
| Ross v. Benchling, Inc. | Date Filed: 09/09/2025 |
| Assigned to: Judge Mark G. Mastroianni | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| related Case: 3:25-cv-30176-MGM | |
| Cause: 42:1218(2) Americans with Disabilities Act | Jurisdiction: Federal Question |

**Plaintiff**

**Pro se litigant Julian Ross**     represented by  **Julian Ross**
105 East Street
Apt. B
Hadley, MA 01035
413-531-9810
Email: jross21@gmail.com
PRO SE

V.

**Defendant**

**Benchling, Inc.**     represented by  **Conrad J. Bletzer , Jr.**
Bletzer and Bletzer, PC
300 Market Street
Brighton, MA 02135
617 254-8900
Fax: 617 254-5522
Email: conrad@bletzerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2025 | 15 | Judge Mark G. Mastroianni: Electronic Order entered denying 14 Motion for Leave to Appear Pro Hac Vice, without prejudice to renewal, for failure to comply with Local Rule 7.1(a)(2), which states: "No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." (TF) (Entered: 10/22/2025) |

|  PACER Service Center  ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 11/05/2025 13:12:59 ||||
| **PACER Login:** | Wise8323 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-cv-30158-MGM Starting with document: 15 Ending with document: 15 |