

Julian <jross21@gmail.com>

## Ross v. Benchling, Inc.; Cases 3:25-cv-30176-MGM & 3:25-cv-30158-MGM
3 messages

**Catherine Wheeler** <cwheeler@bletzerlaw.com>      Wed, Oct 22, 2025 at 3:18 PM
To: "jross21@gmail.com" <jross21@gmail.com>
Cc: Danielle Nudelman-McGonigle <DNudelman@bletzerlaw.com>, "Conrad Bletzer, Jr" <ConradBletzer@bletzerlaw.com>, Katherine Oblak <koblak@sheppardmullin.com>

Good Afternoon Mr. Ross,

We are in receipt of your email regarding the Pro Hac Vice motions in the above-referenced cases. We intend to refile the subject motion in the action with the docket number 3:25-cv-30158-MGM with a certificate pursuant to Rule 7.1. Rather than engage in unnecessary motion practice, we can also refile the motion in the related matter with a 7.1 certificate.

To that end, do you have any objections to the Motions for Pro Hac Vice Admission of Shawn Fabian and Katherine Oblak in either case? Please consider this email a conference pursuant to Rule 7.1 for both matters. Thank you.

Regards,

Catherine (Katie) Wheeler, Esq.

Bletzer & Bletzer, PC

300 Market Street

Brighton, MA 02135

(617) 254-8900

Fax: (917) 254-5522

# BEWARE! WIRE FRAUD IS ON THE RISE.

Accepting wire and disbursement instructions by email is dangerous, especially changes to those instructions. Never send a wire transfer without first confirming with this office by telephone using a previously known telephone number.

CONFIDENTIAL NOTICE: This electronic message and any documents included with this message contain information from the Law Offices of Bletzer & Bletzer, P.C., which may be confidential and/or privileged. This information is intended for the use of the addressee(s) only. If you are not an addressee, or this message has been received in error, please delete it and all copies immediately. Please note that any disclosure, printing, copying, distribution, or use of the contents of this information is prohibited.

Any questions please notify the sender by telephone 617/254-8900 or via return internet email to info@bletzerlaw.com. Thank you.

**Julian Ross** <jross21@gmail.com>      Wed, Oct 22, 2025 at 4:02 PM

To: Catherine Wheeler <cwheeler@bletzerlaw.com>
Cc: Danielle Nudelman-McGonigle <DNudelman@bletzerlaw.com>, "Conrad Bletzer, Jr" <ConradBletzer@bletzerlaw.com>, Katherine Oblak <koblak@sheppardmullin.com>

Dear Ms. Wheeler,

Thank you for your email and for clarifying your intent to refile the pro hac vice motions in both matters with the required Local Rule 7.1(a)(2) certification included.

I have no objection to the admission of Oblak and Fabian, provided that the filings comply fully with the local rules and applicable procedural requirements.

I confirm receipt pursuant to Rule 7.1(a)(2) regarding your intention to refile motion for both matters.

Thanks,
Julian Ross

[Quoted text hidden]

---

**Julian Ross** <jross21@gmail.com>                                                                    Tue, Nov 4, 2025 at 6:53 PM
To: Catherine Wheeler <cwheeler@bletzerlaw.com>
Cc: Danielle Nudelman-McGonigle <DNudelman@bletzerlaw.com>, "Conrad Bletzer, Jr" <ConradBletzer@bletzerlaw.com>, Katherine Oblak <koblak@sheppardmullin.com>

Ms. Wheeler,

I'm following up on your October 22 email regarding the pro hac vice motions in Ross v. Benchling, Inc., Case Nos. 3:25-cv-30158-MGM and 3:25-cv-30176-MGM. You indicated that both motions would be refiled with the required Local Rule 7.1(a)(2) certification. It has now been nearly two weeks, and no refiling appears on the docket in the -30176 matter.

In subsequent correspondence, Attorney Oblak suggested refiling was unnecessary, which appears inconsistent with your prior statement. Could you please clarify:

1. Whether your October 22 representation reflected the position of Attorney Bletzer, as counsel of record on both matters; and

2. Whether the pro hac vice motions will, in fact, be refiled in -30176. If so, please indicate *when* counsel expects to refile. If not, please explain the earlier representation that refiling would occur.

Thank you for your attention to this issue.

Respectfully,

Julian Ross
Plaintiff, Pro Se - Ross v. Benchling Inc.
(413) 531-9810
jross21@gmail.com

[Quoted text hidden]