UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30158-MGM

JULIAN ROSS,
      *Plaintiff*

v.

BENCHLING, INC.
      *Defendant*

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO ENFORCE LOCAL RULES 7.1 AND 83.5.3; TO CLARIFY PRO HAC VICE STATUS; AND TO DENY OR DEFER LEAVE FOR REPLY BRIEFS PENDING COMPLIANCE**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Enforce Local Rules 7.1 and 83.5.3, to Clarify Pro Hac Vice Status, and to Deny or Defer Leave for Reply Briefs Pending Compliance, it is hereby ORDERED that:

1. <u>Counsel Inclusion</u>: Until pro hac vice admission is granted, all case-related communications and conferrals under Local Rule 7.1(a)(2) shall include sponsoring counsel of record, and any certification shall so reflect.

2. <u>Clarification of Pro Hac Vice Status</u>: Within three (3) court days, Defendant shall file a short notice identifying

   a. whether it intends to refile its pro hac vice motions in full compliance with L.R. 7.1(a)(2), and

   b. the date(s) of such refilings or a brief explanation if not refiling.

3. <u>Conferral Protocol</u>: For any motion requiring a Local Rule 7.1(a)(2)

certification—including any request for leave to file reply briefs—Defendant must provide Plaintiff a conferral identifying:

a. the nature of the relief sought;

b. the specific "new matter(s)" alleged to justify reply, pinpointed by page, paragraph, or quotation; and

c. the legal basis for the motion.

4. <u>Replies</u>: Any motion for leave to file a reply brief shall be denied or deferred unless and until Defendant demonstrates full compliance with Local Rules 7.1(a)(2) and (b)(3).

5. <u>Further Relief</u>: The Court may grant such additional relief as it deems just and proper to ensure compliance and efficient case management.

IT IS SO ORDERED.

Dated: _____, 2025

_____

**Hon. Mark G. Mastroianni**

United States District Judge

District of Massachusetts

Dated: November 5, 2025

                        Prepared by:

                        PLAINTIFF, PRO SE

                        /s/ Julian Ross

                        Julian Ross
                        105 East Street
                        Apt. B
                        Hadley, MA 01035
                        413-531-9810
                        jross21@gmail.com