UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS,<br><br>        Plaintiff,<br><br>v.<br><br>BENCHLING, INC.,<br><br>        Defendant. | Civil Action No.: 3:25-cv-30158-MGM<br><br>Judge Mark G. Mastroianni |

**DECLARATION OF EMILY KIRSCH IN SUPPORT OF BENCHLING'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRESERVATION AND FORENSIC ASSURANCES**

I, Emily Kirsch, hereby declare as follows:

1. I am the Human Resources ("HR") Generalist in the HR Operations Organization of Benchling, Inc. ("Benchling"). I have worked for Benchling and held the HR Generalist role since November 1, 2021. In my role, I am responsible for company-wide employee lifecycle maintenance including but not limited to employee onboarding and offboarding processes, Human Resources Information System data management, immigration, leaves of absence, accommodations, workers compensation and employee relations matters. In this role, I also am familiar with employee litigations and the Company's litigation hold processes.

2. I am aware of this civil action, captioned *Julian Ross v. Benchling, Inc.*, Civil Action No. 3:25-cv-30158-MGM, originally filed on September 2, 2025, in the District of Massachusetts. I am also aware of Plaintiff's separate but related civil action, captioned *Julian Ross v. Benchling, Inc.*, Civil Action No. 3:25-cv-30176-MGM, originally filed in the Commonwealth of Massachusetts, Hampshire County, and which Benchling removed to the District of Massachusetts on October 9, 2025. (Case No. 3:25-cv-30176-MGM, ECF 1).

-1-

-2-

      3.      Plaintiff worked for Benchling as a Sales Development Representative from June 21, 2021, to September 15, 2022.

      4.      On December 5, 2022, Benchling promptly implemented a formal litigation hold for all documents and information relevant to Plaintiff's claims, including but not limited to, all documents and information regarding, related to, or concerning Plaintiff's employment with Benchling, his job duties and responsibilities, his leave(s) of absence from Benchling, any accommodation(s) offered to Plaintiff during his tenure and his separation from employment with Benchling.

      5.      This litigation hold remains in effect, and Benchling has preserved all documents and information in accordance with the hold since its implementation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct to the best of my knowledge and belief.

Executed in San Francisco, California on November 14, 2025.


DocuSigned by:

*Emily Kirsch*
FC0753742C446
Emily Kirsch