UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:25-cv-30158-MGM

| | |
|---|---|
| JULIAN ROSS, | ) |
|         *Plaintiff* | ) |
| v. | ) |
| BENCHLING, INC. | ) |
|         *Defendant* | ) |

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PRESERVATION AND FORENSIC ASSURANCES

Upon consideration of Plaintiff's Motion for Leave to File a Reply in Support of his Motion for Preservation and Forensic Assurances (ECF No. 20) and in reply to Defendant's Opposition to the Motion (ECF No. 28), and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion for Leave is GRANTED.

Plaintiff's proposed Reply, attached as Exhibit A to the Motion for Leave, is deemed FILED as of the date of this Order.

IT IS SO ORDERED.

Dated: _____, 2025

_____
**Hon. Mark G. Mastroianni**
United States District Judge
District of Massachusetts