UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS, <br><br> *Plaintiff* <br><br> v. <br><br> BENCHLING, INC., <br><br> *Defendant* | CIVIL ACTION <br><br> Case No. 3:25-cv-30158-MGM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

1. Plaintiff Julian Ross respectfully moves for leave to file the attached First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

2. Rule 15 provides that leave to amend should be "freely give[n] when justice so requires." The proposed amendment streamlines and clarifies the existing pleading, incorporates claims based on facts already disclosed to Defendant and referenced in the original complaint, and promotes efficient resolution of all issues in a single operative complaint. No undue delay, bad faith, or prejudice to Defendant exists.

3. A copy of the proposed First Amended Complaint is submitted herewith. (**Exhibit A**)

4. WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the First Amended Complaint.

**Exhibits:**

A. [PROPOSED FIRST AMENDED] COMPLAINT

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), I certify that I have conferred, or attempted in good faith to confer, with counsel for Defendant regarding the relief requested in this motion. On November 5, 2025, counsel for Benchling indicated by email that they do not oppose the filing of this amended complaint and expressed either neutrality or assent to this request.

Dated: November 21, 2025

                                        Respectfully Submitted,

                                        **PLAINTIFF, PRO SE**

                                        /s/ Julian Ross
                                        Julian Ross
                                        105 East Street
                                        Apt. B
                                        Hadley, MA 01035
                                        413-531-9810
                                        jross21@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF system, which will send notice electronically to all counsel of record.

**PLAINTIFF, PRO SE**

*/s/* Julian Ross

Julian Ross
105 East Street
Apt. B
Hadley, MA 01035
(413) 531-9810
jross21@gmail.com
Pro Se Plaintiff