UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN ROSS,<br><br>*Plaintiff*<br><br>v.<br><br>BENCHLING, INC.,<br><br>*Defendant* | Civil Action<br><br>Case No. 3:25-cv-30158-MGM |

**PLAINTIFF'S NOTICE OF ERRATA REGARDING COUNT III OF PROPOSED FIRST AMENDED COMPLAINT**

1. Plaintiff respectfully submits this Notice of Errata to correct a clerical omission contained in COUNT III of Plaintiff's Proposed First Amended Complaint (ECF No. 30-1), filed in support of Plaintiff's Motion for Leave to Amend (ECF. No 30).

2. Due to an inadvertent drafting error, COUNT III omitted the substantive allegations specifying the statutory basis, adverse actions, causal nexus, and resulting harm. Plaintiff submits the corrected COUNT III — ADA – 'REGARDED AS' DISABILITY DISCRIMINATION as **Exhibit A** to this Notice.

3. This correction does not alter the substance of any existing claim, expand factual allegations beyond those already contained in the Proposed First Amended Complaint, or create any prejudice to Defendant. The amendment is clerical and ensures that the FIRST AMENDED COMPLAINT accurately reflects the factual and legal basis for the "regarded as" ADA theory already encompassed by the existing pleading.

Dated: November 23, 2025

                                    Respectfully Submitted,

                                    **PLAINTIFF, PRO SE**

                                    /*s*/ Julian Ross
                                    Julian Ross
                                    105 East Street
                                    Apt. B
                                    Hadley, MA 01035
                                    413-531-9810
                                    jross21@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the

Court's CM/ECF system, which will send notice electronically to all counsel of record.

**PLAINTIFF, PRO SE**

*/s/* Julian Ross

Julian Ross
105 East Street
Apt. B
Hadley, MA 01035
(413) 531-9810
jross21@gmail.com
Pro Se Plaintiff