## Benchling: Congrats on your offer! @Benchling x

Summarize this email

**My Pham** <my@benchling.com>  Wed, May 12, 2021, 12:48 PM
to me, Chanel, Christian

Hi Julian,

Congrats on receiving your offer! I'm incredibly excited at the thought of potentially working with you and having you join Benchling. :)

Just now, you should have received:

- Your offer letter via DocuSign
- Your background check request via Checkr

In case you don't have this yet, here's an overview of Benchling's Employee Perks and Benefits. Also, a gentle reminder that your offer letter expires end-of-day **today, 5/12/2021**.

Please let either Chanel or I know if you have any questions. Otherwise, we look forward to receiving your signed offer soon.

Best,
My
---
My Pham
Recruiting | benchling.com
415-439-0566