

# You need access

Request access, or switch to an account with access. Learn more

○ Viewer

○ Commenter

◉ Editor

Message (optional)

Request access

You're signed in as

jross21@gmail.com